

# NUMBER 13-17-00526-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JAVIER R. SALINAS JR.,**                                                    **APPELLANT,**

**v.**

**SARAH SALINAS,**                                                              **APPELLEE.**

### On appeal from the 105th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Benavides
Memorandum Opinion by Justice Contreras**

Appellant Javier R. Salinas Jr. filed a notice of appeal from a judgment rendered

on June 29, 2017 in trial court cause number 2016-FAM-5253-D in the 105th District Court

of Nueces County, Texas.   This Court previously abated this appeal to enable the parties

to engage in settlement negotiations.   Appellant has now filed an unopposed motion to

dismiss this appeal based on an agreement reached during mediation with appellee, Sarah Salinas. *See* TEX. R. APP. P. 42.1(a)(1) (A).

The Court, having considered the documents on file and the unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See id.* Accordingly, we REINSTATE this appeal. We GRANT the unopposed motion to dismiss the appeal. The costs of appeal will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). We dismiss any other pending motions as moot.

DORI CONTRERAS
JUSTICE

Delivered and filed the
11th day of January, 2018.